# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHEAVET WEISNER | § § | |
| v. | § § | CASE NO. 3:19-CV-1028-S-BT |
| WELLS FARGO BANK NA | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 21, 2019.

_____
UNITED STATES DISTRICT JUDGE